UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

        v.

MELISSA GERMAN,

    Defendant.
_____/

Case No. 1:11CV55

Hon. Paul L. Maloney
United States District Judge

CONSENT JUDGMENT

At a session of said Court, held this
11th day of August, 2011.

Present:  HON. PAUL L. MALONEY

The Court having read the Stipulation and Consent Judgment entered into by all parties it is hereby;

ORDERED that JUDGMENT is entered against the Defendant, Melissa German, embodying the terms of the Stipulation for Consent Judgment.

        /s/  Paul L. Maloney
        HONORABLE PAUL L. MALONEY
        UNITED STATES DISTRICT JUDGE